UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH GORMLEY,

          Plaintiff,

v

PRECISION EXTRUSIONS, INC.,

          Defendants.

_____/

Case No. 03-71380

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Court's Memorandum and Order entered and filed on this date, judgment is entered in favor of the Defendant, for attorney fees only, in the amount of $53,414.70.

DAVID WEAVER

Dated: May 24, 2005

By: s/ Julie Owens
Deputy Clerk

Copies Mailed to:

Mark R. Bendure
Thomas P. Casey
Cynthia Haffey
Jeffrey S. Nowak
Michael A. Warner, Jr.